

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| | § | |
| IN THE INTEREST OF H. R. A., A CHILD, | § | No. 08-22-00053-CV |
| | § | Appeal from the |
| Appellant. | § | 65th District Court |
| | § | of El Paso County, Texas |
| | § | (TC# 2021DCM1516) |
| | § | |

# **O R D E R**

The Court, on its own motion, VACATES the May 17, 2022 submission setting without oral argument for the above styled and numbered cause pending the Appellant's motion for voluntary dismissal.

IT IS SO ORDERED this 20th day of April, 2022.

PER CURIAM

Before Rodriguez, C.J., Palafox and Alley, JJ.